The **MT. MORRIS SPORTSMEN'S ASSOCIATION, Petitioner**

v.

A. William **BOYERS**, Barbara E. Strosnider and Ruth A. Haines, Respondents

No. 152 WAL 2017

Supreme Court of Pennsylvania.

October 17, 2017

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

**XCBOB'S PARTS & ACCESSORIES, INC., Petitioner**

v.

**ED TUCKER DISTRIBUTING, INC., t/d/b/a Tucker Rocky, Respondent**

No. 349 MAL 2017

Supreme Court of Pennsylvania.

October 17, 2017

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

Victor **CHRISTMAS, Petitioner**

No. 241 EAL 2017

Supreme Court of Pennsylvania.

October 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.